PETER LIPARI, an Infant, by SALVATORE LIPARI, His Guardian ad Litem, Respondent, *v.* THE BUSH TERMINAL COMPANY, Appellant.

SALVATORE LIPARI, Respondent, *v.* THE BUSH TERMINAL COMPANY, Appellant.

*Negligence — injury to boy while assisting driver to unload truck.*

*Lipari* v. *Bush Terminal Co.*, 193 App. Div. 309, 909, affirmed.

(Argued March 3, 1922; decided March 21, 1922.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 13, 1920, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action was by the father of the plaintiff in the first action to recover for loss of services resulting from the same accident. The boy had been riding on one of defendant's

trucks at the invitation of one of its employees. The truck had stopped to unload some heavy cases and plaintiff testified that the driver requested him to get down and help support one of the cases while he loosened the rope which held it. While doing this the case came down and he received the injuries complained of.

*Joseph Force Crater* and *Alfred W. Meldon* for appellant. *Patrick E. Callahan* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.